PEOPLE ex rel. KESSELBAUM v. FOX, Warden of the Workhouse.

(Supreme Court, Appellate Division, First Department. May 12, 1911.)

Appeal from Special Term, New York County.

Application for habeas corpus by the People, on the relation of Rose Kesselbaum, against Frank Fox, Warden of the Workhouse. From a judgment

discharging the relator from custody, the People appeal. Reversed, proceeding dismissed, and relator remanded.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, MILLER, and DOWLING, JJ.

Robert S. Johnstone, Deputy Asst. Dist. Atty., for the People.
Bertha Rembaugh, for relator.

INGRAHAM, P. J. For the reasons stated in the appeal in People ex rel. Barone v. Fox, 129 N. Y. Supp. 646, decided herewith, the order appealed from must be reversed, and the proceeding dismissed, and the relator remanded.

LAUGHLIN and MILLER, JJ., concur. CLARKE and DOWLING, JJ., dissent.